```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

JAMES WALLACE COOPER,              *

    Plaintiff,                     *

vs.                                *
                                          CASE NO. 3:11-cv-7-CDL-MSH

CAROLYN W. COLVIN,                 *
Commissioner of Social
Security,                          *

    Defendant.                     *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed June 27, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 31st day of July, 2013.

                                                s/Clay D. Land
                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE